JOSEPH DIGGS ET AL. *v.* THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY

JOHN ARRIGONE ET AL. *v.* THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY

In each case, the motion by the defendant to dismiss the appeal of the named plaintiff from the judgment of May 20, 1963, rendered by the Superior Court in Fairfield County, is granted.

*Gregory C. Willis,* for the appellee (defendant) in each case.

*Philip Reich,* with whom was *Edward J. Donahue,* for the appellant (named plaintiff) in each case.

Argued October 1—decided October 8, 1963

ELLYN DUNCAN ET AL. *v.* LAURENCE MCTIERNAN

The motion by the plaintiffs to correct the appeal from the Court of Common Pleas in Hartford County is granted.

*William F. Gallagher,* for the appellants (plaintiffs).

*Robert F. Taylor,* for the appellee (defendant).